**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____     Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Neighborhood Radiology Management Services, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   47-4293615

**4. Debtor's address**

Principal place of business

113-20 Queens Blvd.
Number    Street

Forest Hills     NY    11375
City            State  ZIP Code

Queens County
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City    State    ZIP Code

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 1

Debtor __Neighborhood Radiology Management Services, LLC__     Case number (*if known*)_____
                 Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

__561110__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When ___/___/_____ Case number _____
                                          MM / DD / YYYY

        District _____ When ___/___/_____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor __Neighborhood Radiology Services PC__   Relationship __Affiliate__
        District __EDNY__                                When ___/___/_____
                                                              MM / DD / YYYY
        Case number, if known __22_____

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page **2**

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number    Street

_____

_____  _____  _____
City                                                 State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000
☑ 100-199  ☐ 10,001-25,000  ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  Neighborhood Radiology Management Services, LLC Case number (*if known*)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/16/2022
            MM / DD / YYYY

✘ /s/ Daniel DiPietro                           Daniel DiPietro
Signature of authorized representative of debtor   Printed name

Title Manager

**18. Signature of attorney**

✘ /s/ Dawn Kirby                                Date  06/16/2022
Signature of attorney for debtor                       MM / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road Suite 237
Number    Street

Scarsdale                                    NY        10583
City                                         State     ZIP Code

(914) 401-9500                               dkirby@kacllp.com
Contact phone                                Email address

2733004                                      NY
Bar number                                   State

Debtor   Neighborhood Radiology Management Services, LLC    Case number (*if known*)_____
         First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

**CDP Holdings Group LLC**    **EDNY**    **06/16/2022**    **22-41392**

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

1-800 Notify
7950 NW 53rd St
Ste 341
Miami, FL 33166

626 Holdings, LLC
1395 NW 17th Ave
Ste 113-114
Delray Beach, FL 33445

A.J. Richards & Sons, Inc.
150 Price Parkway
Farmingdale, NY 11735

Abrams, Fensterman, LLP
3 DAKOTA DRIVE
SUITE 300
LAKE SUCCESS, NY 11042

Accurate Fire Equipment Corp.
251 Franklin Avenue
Franklin Square, NY 11010

Advanced imaging Review
26 Gladwin Street
Staten Island, NY 10309

Advocate
Attn: Jigar Patel
10567 Sawmill Pkwy, Suite 100
Powell, OH 43065

Alpha Medical Equipment of N.Y., Inc.
10-12 Pine Court
New Rochelle, NY 10801

Alpha Medical Equipment of New York, Inc.
c/o Lemery Greisler LLC
677 Broadway, 8th Floor
Albany, NY 12207

AME Ultrasounds

America's Imaging Center, Inc.
113-02 Queens Blvd.
Forest Hills, NY 11375

America's Imaging Center, Inc.
c/o Daniel F. Wachtell, Esq.
90 Broad Street, 23rd Floor
New York, NJ 10004

American Equity Bank
5900 Green Oak Drive
Suite 100
Hopkins, MN 55343

Approved Storage and Waste
110 Edison Avenue
Mount Vernon, NY 10550

Astarita Associates
414 Route 111
Smithtown, NY 11787

Availity/RealMed
PO Box 844793
Dallas, TX 75284-4793

Beekley Medical
One Prestige Lane
Bristol, CT 6010

BP Air Conditioning Cor.
83-40 72nd Drive
Glendale, NY 11385

Bronster LLP
156 W 56th Street, Suite 902
New York, NY 10019

CDP Holdings Group, LLC
113-02 Queens Blvd
Forest Hills, NY 11375

Chubb
55 Water Street
New York, NY 10041

Cleanco Distributors Inc
110 Bi-County Boulevard
Farmingdale, NY 11735

CNA Insurance
PO Box 6065-02
Hermitage, PA 16148

Comtron
11 Grace Avenue
Suite 208
Great Neck, NY 11021

Consolidate Edison Comp of NY Inc.
4 Irving Place RM 1875
attn: Bankruptcy Dept.
New York, NY 10003

Daniel DiPietro
113-02 Queens Blvd
Forest Hills, NY 11375

Danziger & Markhoff LLP
1133 Westchester Avenue
Suite N208
White Plains, NY 10604

De Lage Landen Financial
PO Box 41602
Philadelphia, PA 19101

Del Prete And Cheng LLP
111 Atlantic Avenue
Brooklyn, NY 11201

Dr. Rossi, M.D., P.C.
545 Elmont Road
11003, NY

Dream Think Imagine, Inc
170 Bradley Rd
Ste 14
Arden, NC 28704

eClinicalWorks
PO Box 847950
Boston, MA 2284

EDM Medical Solutions

Empire Water
46 Cain Drive
Plainview, NY 11803

Fedex
PO Box 371461
Pittsburgh, PA 15250

GE Healthcare Inc
P.O. BOX 640200
Pittsburgh, PA 15264

GE Healthcare-Pharmacy  RLS USA INC
PO Box 640200
Pittsburgh, PA 15264

General Welding Supply Corp
600 Shames Drive
Westbury, NY 11590

Gerald J Wilkoff, Inc.
P O Box 142
Mineola, NY 11501-0142

GMM Services LLC
68 CASTLEWOOD TRAIL
Sparta, NJ 7871

GreenBills LLC
345 E 77th Street
New York, NY 10075

Guardian
PO Box 824404
Philadelphia, PA 19182-4404

Guerbet LLC
214 Carnegie Center, Suite 300
Princeton, NJ 8540

Handi-Lift Service Company Inc
730 Garden Street
Carlstadt, NJ 7072

Henry Schein
Box 371952
Pittsburgh, PA 15250-7952

Hologic Inc
250 Campus Drive
Marlborough, MA 1752

Horing Welikson Rosen & Digrigilliers PC
11 Hillside Avenue
Williston Park, NY 11596

Horizon 27-47 Crescent, LLC
c/o Douglaston Realty Mgnt Corp
42-01 235th Street
Douglaston, NY 11363

Imported From Florida
Apt 8
Oakland Gardens, NY 11364

Integrated Document Solutions
3511 West Commercial Blvd
Fort Lauderdale, FL 33309

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

iPro IT LLC
215-15 Northern Blvd
Bayside, NY 11361

Jack Jaffa & Associates
147 Prince Street
Brooklyn, NY 11231

Jackson Lewis PC
44 South Broadway
White Plains, NY 10601

JM Cleaning Services
55 Windsor Avenue
Rockville Centre, NY 11570

Johnson Controls Security
PO Box 371967
Pittsburgh, PA 15250-7967

Karl's Plumbing and Heating Inc.
97-22 Metropolitan aVenue
Forest Hills, NY 11375

Kaufman Dolowich Voluck, LLP
135 Crossways Park Drive
Ste 201
Woodbury, NY 11797

Landauer
PO Box 809051
Chicago, IL 60680

Lester Schwab Katz & Dwyer, LLP
100 Wall Street
New York, NY 10005-3701

Liberty
PO Box 371332
Pittsburgh, PA 15250

Lightower- LIR
PO Box 28730
New York, NY 10087

Lightower-NRS-FH CROWN
PO Box 28730
New York, NY 10087-8730

Long Island Radiology Associates, P.C.
545 Elmont Road
Elmont, NY 11003

Luxaire

Magic Pest Management
59-01 Kissena Blvd
Flushing, NY 11355

Map Communications
PO Box 95117
Chicago, IL 60694

Marvins Messenger Service

Matthew A. Diamant
113-02 Queens Blvd
Forest Hills, NY 11375

Matthijssen Business Systems
PO Box 508
Cedar Knolls, NJ 7927

Mazars USA  LLP
60 Crossways Park Drive West
Suite 301
Woodbury, NY 11797

MED EXCHANGE INTERNATIONAL INC.
127 RAMAH CIR
Agawam, MA 1001

Merit Medical Sustems Inc.
PO Box 204842
Dallas, TX 75320

Mintz Levin
Chrysler Center
666 Third Avenue
New York, NY 10017

MLMIC Insurance Company
2 Park Avenue
New York, NY 10016

MR. T Carting Corp
7310 Edsall Ave
Glendale, NY 11385-8220

National Grid-48695
PO Box 11741
Newark, NJ 07101-9839

Neighborhood Radiology Services PC
113-02 Queens Blvd
Forest Hills, NY 11375

Neighborhood Radiology Services, PC
113-02 Queens Blvd
Forest Hills, NY 11375

Northpoint Capital Partners, LLC
6465 Wayzata Blvd.
Suite 650
Minneapolis, MN 55426

Northpoint Commercial Credit, LLC
6465 Wayzata Blvd.
Suite 760
Minneapolis, MN 55426

Nuance
PO Box 7247-6924
Philadelphia, PA 19170

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Otis Elevator
PO Box 13716
Newark, NJ 07188-0716

Payam Toobian, M.D.
9 Villa Street
Roslyn Heights, NY 11577

Petrone Associates, LLC
728 Castlelon Avenue
Staten Island, NY 10310

Practice Fusion
24630 Network Place
Chicago, IL 60673-124

PROPIO LANGUAGE SERVICES
P O BOX 12204
Overland Park, KS 66282-22404

PSEGLI 1090410401
PO Box 888
Hicksville, NY 11802

PSEGLI 1131201001
PO box 888
Hicksville, NY 11802

PSEGLI 1131201212
PO box 888
Hicksville, NY 11802

PSEGLI 1131201404
PO Box 888
Hicksville, NY 11802

QUENCH USA
PO BOX 781393
Philadelphia, PA 11003

Radiology Works, P.C.
545 Elmont Road
New York, NY 10033

RADLINX
2305 19th Avenue
Altoona, PA 16601


RCN
PO BOX 11816
Newark, NJ 07101-8116


Reflex Offset
305 Suburban Avenue
Deer Park, NY 11729


Ride Ride Transportation -NRS FH
22-06 Crescent  Street
Astoria, NY 11105


Ride Ride Transportation- NRS ASTORIA
22-06 Crescent St.
Astoria, NY 11105


Ride Rite Transportation  - Empire
23-90 23 Street
Astoria, NY 11105


Ring Central
20 Davis Drive
Belmont, CA 94002


RingCentral Inc
20 Davis Drive
Belmont, CA 94002


RivkinRadler
926 RXR Plaza
Uniondale, NY 11556


Robinsons Oxygen & Medical Gases
920-14 Lincoln Avenue
Holbrook, NY 11741


ScriptSender
319 Clematis St
Ste 406
West Palm Beach, FL 33401


Sheathing Technologies, Inc.


Siemens Financial Services Inc.
170 Wood Ave. South
Iselin, NJ 08830


Siemens Financial Services, Inc.
170 Wood Avenue South
Iselin, NJ 08830


Siemens Financial Services, Inc.
170 Wood Ave. South
Iselin, NJ 8830


Siemens Financial Services, Inc.
c/o Todd A. Ritschdorff, Esq
Omni Plaza, 30 South Pearl Street
Albany, NY 12207


Siemens Medical Solutions, Inc.
40 Liberty Blvd.
Malvern, PA 19355


Sigma Imaging Technologies, Inc.
400 Highland Drive
Suite 400B
Mount Holly, NJ 8060


Sigma Imaging Technologies, Inc.
c/o Matthew Seth Sarelson, Esq.
2100 Ponce de Leon Blvd, Suite 1290
Miami, FL 33134


Signature Financial LLC
225 Broadhollow Road
Suite 132W
Melville, NY 11747


Slomin's
125 Lauman Lane
PO Box 1886
Hicksville, NY 11802


Staples Advantage
Dept NY
P.O. Box 415256
Boston, MA 02241-5256


Stein Adler Dabah Zelkowitz LLP
1633 Broadway
46th Floor
New York, NY 10019


Stericycle Ine
28883 Network Place
Chicago, IL 60673

Streamline Verify LLC
Streamline HR Management LLC
100 Boulevard of the Americas
Lakewood, NJ 8701

Superior HVAC
200-28 Hollis Ave
St. Albans, NY 11412

Sylvan Parking
112-41 Queens Blvd
Forest Hills, NY 11375

Taansolutions, LLC
309 Hannah Way
Bridgewater, NJ 8807

Te Tile
131-47 Fowler Avenue
Flushing, NY 11335

Telworx Communications
800 Westchester Avenue
Rye Brook, NY 10573

Tierpoint LLC
PO Box 82670
Lincoln, NE 68501

Tiger Connect
2110 Broadway
Santa Monica, CA 90404

TIS International USA - Infinx Healthcare
PO Box 7109
San Francisco, CA 94120

Trechit Solutions LLC
PO box 2895
Aquebogue, NY 11931

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

Ultrasound Solutions Corp
123 Comac Street
Ronkonkoma, NY 11779

Ultrasound Solutions Corp.
123 Comac Street
Ronkonkoma, NY 11779

United Benefit Solutions LLC
100 Merrick Road
Rockville Centre, NY 11570

Unitex - 4020
155 South Terrace Ave
Mt. Vernon, NY 1550-2407

UNITEX - 71259
155 South Terrace Ave
Mt. Vernon, NY 1550-2407

UNITEX - 71423
155 South Terrace Ave
Mt. Vernon, NY 10550-2407

Unitex - 71551
155 South Terrace Ave
Mt. Vernon, NY 10550-2407

Unitex - 71558
155 South Terrace Ave
Mt. Vernon, NY 1550-2407

Unitex Textile -70972
155 South Terrace Ave.
Mt. Vernon, NY 10550-2407

USSONO
3975 57th Street Apt. 7E
Woodside, NY 11377

VANGUARD CLEANING
dba Vanguard Cleaning Systems of LI
67 Buck Road Suite B-45
Huntingdon Valley, PA 19006

VERIZON 654-434-349-0001-90
P.O. BOX 15124
Albany, NY 12212-5124

Verizon 756-083-030-0001-21
P.O. BOX 15124
Albany, NY 12212

VERSANT MEDICAL PHYSICS & RADIATION SAFET
119 N CHURCH STREET
Kalamazoo, MI 49007


Vibrant Credit Union
6600 44th Avenue
Moline, IL 61265


Water Authority
PO Box 5600
New Hyde Park, NY 11042


WATERLOGIC AMERICAS
P O BOX 677867
Dallas, TX 75267-7867


WILLIAM JORGENSON
MASSAPEQUA PARK
New York, NY 11762


XChange Telecom Corp
P O Box 189112
Brooklyn, NY 11218

United States Bankruptcy Court
Eastern District of New York

In re: Neighborhood Radiology Management Services, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/16/2022

/s/ Daniel DiPietro
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor