**Fill in this information to identify the case:**

Debtor name    Neighborhood Radiology Management Services, LLC

United States Bankruptcy Court for the:    Eastern District of New York

                                                      (State)

Case number (If known):    1-22-41393

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**

         Copy line 88 from *Schedule A/B* ..........................................................................................    $        0.00

     1b. **Total personal property:**

         Copy line 91A from *Schedule A/B* .......................................................................................    $        44.08

     1c. **Total of all property:**

         Copy line 92 from *Schedule A/B* ..........................................................................................    $        44.08

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................    $    301,907.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**

         Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................    $        0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**

         Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.............................    **+**$    4,249,221.72

4. **Total liabilities** ......................................................................................................................    $    4,551,128.72

     Lines 2 + 3a + 3b

<div style="border:1px solid black">

**Fill in this information to identify the case:**

Debtor name _Neighborhood Radiology Management Services, LLC_

United States Bankruptcy Court for the: _Eastern District of New York_

Case number (If known): _1-22-41393_

</div>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**     $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Bank | Checking | 2  7  5  1 | $ 44.08 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**     $ 44.08
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $ _____
   7.2. _____    $ _____

| Debtor | Neighborhood Radiology Management Services, LLC | | Case number (*if known*) 1-22-41393 |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $_____

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____ − _____ = ........➡  $_____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:  _____ − _____ = ........➡  $_____
                        face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $_____

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $_____

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (*if known*) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Neighborhood Radiology Management Services, LLC
_____
Name

Case number *(if known)*  1-22-41393
_____

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Debtor | Neighborhood Radiology Management Services, LLC | | Case number (*if known*) | 1-22-41393 |
|---|---|---|---|---|
| | Name | | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  = ➡  $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 12:</strong></td><td><strong>Summary</strong></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 44.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 44.08 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... $ 44.08     $ 44.08

---

**Fill in this information to identify the case:**

Debtor name    Neighborhood Radiology Management Services, LLC

United States Bankruptcy Court for the:   Eastern District of New York

Case number (If known):   1-22-41393

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**   Creditor's name
American Equity Bank

Describe debtor's property that is subject to a lien

Blanket Lien

$ 0.00     $ 0.00

Creditor's mailing address

5900 Green Oak Drive

Suite 100, Hopkins, MN 55343

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Date debt was incurred   12/27/19

Last 4 digits of account number

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.2**   Creditor's name
Northpoint Capital Partners, LLC

Describe debtor's property that is subject to a lien

Blanket Lien

$ Unknown     $ 0.00

Creditor's mailing address

6465 Wayzata Blvd.

Suite 650, Minneapolis, MN 55426

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Date debt was incurred   1/17/18

Last 4 digits of account number

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

- ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 301,907.00

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** | **Creditor's name**
Northpoint Commercial Credit, LLC

**Describe debtor's property that is subject to a lien**

Blanket Lien

$ Unknown          $ 0.00

**Creditor's mailing address**

6465 Wayzata Blvd.
Suite 760, Minneapolis, MN 55426

**Creditor's email address, if known**

**Date debt was incurred**   12/27/17

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.4** | **Creditor's name**
Signature Financial LLC

**Describe debtor's property that is subject to a lien**

$ 151,907.00          $ 0.00

**Creditor's mailing address**

225 Broadhollow Road
Suite 132W, Melville, NY 11747

**Creditor's email address, if known**

**Date debt was incurred**   1/24/19

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5** **Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

2 North Street

Suite 320, Birmingham, AL 35203

**Creditor's email address, if known**

**Date debt was incurred** 06/14/2020

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Assets

$150,000.00     $Undetermined

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.___** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number _(if known)_ | 1-22-41393 |
|---|---|---|---|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bronster LLP<br>156 W 56th Street, Suite 902<br>New York, NY, 10019 | Line 2. 4 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>Neighborhood Radiology Management Services, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York</td></tr>
<tr><td>Case number<br>(if known)</td><td>1-22-41393</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |

**2.1**  Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_\_)

**2.2**  Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_\_)

**2.3**  Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_\_)

| Debtor | Neighborhood Radiology Management Services, LLC | | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|---|
| | Name | | | |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
1-800 Notify
7950 NW 53rd St
Ste 341
Miami, FL, 33166

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Noticing Purpose Only

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
626 Holdings, LLC
1395 NW 17th Ave
Ste 113-114
Delray Beach, FL, 33445

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 147,584.54

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
A.J. Richards & Sons, Inc.
150 Price Parkway

Farmingdale, NY, 11735

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rental Arrears

$ 382,565.23

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Abrams, Fensterman, LLP
3 DAKOTA DRIVE
SUITE 300
LAKE SUCCESS, NY, 11042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

$ 297.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Accurate Fire Equipment Corp.
251 Franklin Avenue

Franklin Square, NY, 11010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Noticing Purpose Only

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Advanced imaging Review
26 Gladwin Street

Staten Island, NY, 10309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Noticing Purpose Only

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Advocate
Attn: Jigar Patel
10567 Sawmill Pkwy, Suite 100
Powell, OH, 43065

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 59,618.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.8** Nonpriority creditor's name and mailing address

Alpha Medical Equipment of N.Y., Inc.
10-12 Pine Court

New Rochelle, NY, 10801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 334,221.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.9** Nonpriority creditor's name and mailing address

AME Ultrasounds
6033 NE 61st Street

Seattle, WA, 98115

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Noticing Purpose Only

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.10** Nonpriority creditor's name and mailing address

America's Imaging Center, Inc.
113-02 Queens Blvd.

Forest Hills, NY, 11375

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Noticing Purpose Only

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.11** Nonpriority creditor's name and mailing address

America's Imaging Center, Inc.
113-02 Queens Blvd.

Forest Hills, NY, 11375

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Noticing Purpose Only

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.12 Nonpriority creditor's name and mailing address**

Approved Storage and Waste
110 Edison Avenue

Mount Vernon, NY, 10550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,292.27

---

**3.13 Nonpriority creditor's name and mailing address**

Astarita Associates
414 Route 111

Smithtown, NY, 11787

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 17,460.42

---

**3.14 Nonpriority creditor's name and mailing address**

Availity/RealMed
PO Box 844793

Dallas, TX, 75284-4793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.15 Nonpriority creditor's name and mailing address**

Beekley Medical
One Prestige Lane

Bristol, CT, 6010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,625.35

---

**3.16 Nonpriority creditor's name and mailing address**

BP Air Conditioning Cor.
83-40 72nd Drive

Glendale, NY, 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,762.23

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 17   **Nonpriority creditor's name and mailing address**

Chubb
55 Water Street

New York, NY, 10041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57,771.74

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 18   **Nonpriority creditor's name and mailing address**

Cleanco Distributors Inc
110 Bi-County Boulevard

Farmingdale, NY, 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,542.35

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 19   **Nonpriority creditor's name and mailing address**

CNA Insurance
PO Box 6065-02

Hermitage, PA, 16148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,053.50

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 20   **Nonpriority creditor's name and mailing address**

Comtron
11 Grace Avenue
Suite 208
Great Neck, NY, 11021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,341.50

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 21   **Nonpriority creditor's name and mailing address**

Consolidate Edison Comp of NY Inc.
4 Irving Place RM 1875
attn: Bankruptcy Dept.
New York, NY, 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,333.50

**Basis for the claim:** Utilities

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 21-1648-2248-120

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|--------|------------------------------------------------|------------------------|------------|
|        | Name                                           |                        |            |

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Consolidate Edison Comp of NY Inc.
4 Irving Place RM 1875
attn: Bankruptcy Dept.
New York, NY, 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    148-0005-7

$ 26,464.87

---

**3.23** Nonpriority creditor's name and mailing address

Consolidate Edison Comp of NY Inc.
4 Irving Place RM 1875
attn: Bankruptcy Dept.
New York, NY, 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    0005-9

$ 89,794.15

---

**3.24** Nonpriority creditor's name and mailing address

Consolidate Edison Comp of NY Inc.
4 Irving Place RM 1875
attn: Bankruptcy Dept.
New York, NY, 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,157.66

---

**3.25** Nonpriority creditor's name and mailing address

Consolidate Edison Comp of NY Inc.
4 Irving Place RM 1875
attn: Bankruptcy Dept.
New York, NY, 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 229.31

---

**3.26** Nonpriority creditor's name and mailing address

Consolidate Edison Comp of NY Inc.
4 Irving Place RM 1875
attn: Bankruptcy Dept.
New York, NY, 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    0202-2

$ 89,847.80

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Consolidate Edison Comp of NY Inc.
4 Irving Place RM 1875
attn: Bankruptcy Dept.
New York, NY, 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**$ 47,170.57**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.28** Nonpriority creditor's name and mailing address

Danziger & Markhoff LLP
1133 Westchester Avenue
Suite N208
White Plains, NY, 10604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

**$ 26,171.25**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.29** Nonpriority creditor's name and mailing address

De Lage Landen Financial
PO Box 41602

Philadelphia, PA, 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 2,871.94**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.30** Nonpriority creditor's name and mailing address

Del Prete And Cheng LLP
111 Atlantic Avenue

Brooklyn, NY, 11201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

**$ 500.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.31** Nonpriority creditor's name and mailing address

Dream Think Imagine, Inc
170 Bradley Rd
Ste 14
Arden, NC, 28704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**$ 0.00**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.32  Nonpriority creditor's name and mailing address**

eClinicalWorks
PO Box 847950

Boston, MA, 2284

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 619.50

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.33  Nonpriority creditor's name and mailing address**

EDM Medical Solutions
1947 NE 147th Terrace

Miami, FL, 33181

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 297.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.34  Nonpriority creditor's name and mailing address**

Empire Water
46 Cain Drive

Plainview, NY, 11803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.35  Nonpriority creditor's name and mailing address**

Fedex
PO Box 371461

Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 71.69

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.36  Nonpriority creditor's name and mailing address**

GE Healthcare Inc
P.O. BOX 640200

Pittsburgh, PA, 15264

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,554.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **37** **Nonpriority creditor's name and mailing address**

GE Healthcare-Pharmacy  RLS USA INC
PO Box 640200

Pittsburgh, PA, 15264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 64,552.46

---

**3.** **38** **Nonpriority creditor's name and mailing address**

General Welding Supply Corp
600 Shames Drive

Westbury, NY, 11590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 39.11

---

**3.** **39** **Nonpriority creditor's name and mailing address**

Gerald J Wilkoff, Inc.
P O Box 142

Mineola, NY, 11501-0142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** **40** **Nonpriority creditor's name and mailing address**

GMM Services LLC
68 CASTLEWOOD TRAIL

Sparta, NJ, 7871

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,292.00

---

**3.** **41** **Nonpriority creditor's name and mailing address**

GreenBills LLC
345 E 77th Street

New York, NY, 10075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 18,680.00

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3. 42    **Nonpriority creditor's name and mailing address**

Guardian
PO Box 824404

Philadelphia, PA, 19182-4404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

3. 43    **Nonpriority creditor's name and mailing address**

Guerbet LLC
214 Carnegie Center, Suite 300

Princeton, NJ, 8540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 40,143.81

---

3. 44    **Nonpriority creditor's name and mailing address**

Handi-Lift Service Company Inc
730 Garden Street

Carlstadt, NJ, 7072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

3. 45    **Nonpriority creditor's name and mailing address**

Henry Schein
Box 371952

Pittsburgh, PA, 15250-7952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14,285.39

---

3. 46    **Nonpriority creditor's name and mailing address**

Hologic Inc
250 Campus Drive

Marlborough, MA, 01752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 74,146.24

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 47  **Nonpriority creditor's name and mailing address**

Horing Welikson Rosen & Digrigilliers PC
11 Hillside Avenue

Williston Park, NY, 11596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,160.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 48  **Nonpriority creditor's name and mailing address**

Horizon 27-47 Crescent, LLC
c/o Douglaston Realty Mgnt Corp
42-01 235th Street
Douglaston, NY, 11363

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 49  **Nonpriority creditor's name and mailing address**

Imported From Florida
Apt 8

Oakland Gardens, NY, 11364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,593.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 50  **Nonpriority creditor's name and mailing address**

Integrated Document Solutions
3511 West Commercial Blvd

Fort Lauderdale, FL, 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 51  **Nonpriority creditor's name and mailing address**

iPro IT LLC
215-15 Northern Blvd

Bayside, NY, 11361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 52  **Nonpriority creditor's name and mailing address**

Jack Jaffa & Associates
147 Prince Street

Brooklyn, NY, 11231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 53  **Nonpriority creditor's name and mailing address**

Jackson Lewis PC
44 South Broadway

White Plains, NY, 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 46.22

---

**3.** 54  **Nonpriority creditor's name and mailing address**

JM Cleaning Services
55 Windsor Avenue

Rockville Centre, NY, 11570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,609.00

---

**3.** 55  **Nonpriority creditor's name and mailing address**

Johnson Controls Security
PO Box 371967

Pittsburgh, PA, 15250-7967

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 56  **Nonpriority creditor's name and mailing address**

Karl's Plumbing and Heating Inc.
97-22 Metropolitan aVenue

Forest Hills, NY, 11375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 871.00

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57  Nonpriority creditor's name and mailing address**

Kaufman Dolowich Voluck, LLP
135 Crossways Park Drive
Ste 201
Woodbury, NY, 11797

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12,398.50

---

**3.58  Nonpriority creditor's name and mailing address**

Landauer
PO Box 809051

Chicago, IL, 60680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,898.98

---

**3.59  Nonpriority creditor's name and mailing address**

Lester Schwab Katz & Dwyer, LLP
100 Wall Street

New York, NY, 10005-3701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,000.00

---

**3.60  Nonpriority creditor's name and mailing address**

Liberty
PO Box 371332

Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.61  Nonpriority creditor's name and mailing address**

Lightower- LIR
PO Box 28730

New York, NY, 10087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8,275.00

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Lightower-NRS-FH CROWN
PO Box 28730

New York, NY, 10087-8730

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 23,832.75

---

**3.63** Nonpriority creditor's name and mailing address

Luxaire

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Noticing Purpose Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.64** Nonpriority creditor's name and mailing address

Magic Pest Management
59-01 Kissena Blvd

Flushing, NY, 11355

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 413.72

---

**3.65** Nonpriority creditor's name and mailing address

Map Communications
PO Box 95117

Chicago, IL, 60694

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Noticing Purpose Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.66** Nonpriority creditor's name and mailing address

Marvins Messenger Service

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Noticing Purpose Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** Nonpriority creditor's name and mailing address

Matthijssen Business Systems
PO Box 508

Cedar Knolls, NJ, 7927

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 2,301.90

---

**3.68** Nonpriority creditor's name and mailing address

Mazars USA  LLP
60 Crossways Park Drive West
Suite 301
Woodbury, NY, 11797

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.69** Nonpriority creditor's name and mailing address

MED EXCHANGE INTERNATIONAL INC.
127 RAMAH CIR

Agawam, MA, 1001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.70** Nonpriority creditor's name and mailing address

Merit Medical Sustems Inc.
PO Box 204842

Dallas, TX, 75320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 2,301.90

---

**3.71** Nonpriority creditor's name and mailing address

Mintz Levin
Chrysler Center
666 Third Avenue
New York, NY, 10017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 256,518.46

---

Official Form 206E/F             Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.72** Nonpriority creditor's name and mailing address

MLMIC Insurance Company
2 Park Avenue

New York, NY, 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 388,139.00

---

**3.73** Nonpriority creditor's name and mailing address

MR. T Carting Corp
7310 Edsall Ave

Glendale, NY, 11385-8220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,757.55

---

**3.74** Nonpriority creditor's name and mailing address

National Grid-48695
PO Box 11741

Newark, NJ, 07101-9839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,011.72

---

**3.75** Nonpriority creditor's name and mailing address

Nuance
PO Box 7247-6924

Philadelphia, PA, 19170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.76** Nonpriority creditor's name and mailing address

Otis Elevator
PO Box 13716

Newark, NJ, 07188-0716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,228.96

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3. 77** **Nonpriority creditor's name and mailing address**

Payam Toobian, M.D.
9 Villa Street

Roslyn Heights, NY, 11577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3. 78** **Nonpriority creditor's name and mailing address**

Payam Toobian, M.D.
9 Villa Street

Roslyn Heights, NY, 11577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3. 79** **Nonpriority creditor's name and mailing address**

Petrone Associates, LLC
728 Castlelon Avenue

Staten Island, NY, 10310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3. 80** **Nonpriority creditor's name and mailing address**

Practice Fusion
24630 Network Place

Chicago, IL, 60673-124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,830.00

---

**3. 81** **Nonpriority creditor's name and mailing address**

PROPIO LANGUAGE SERVICES
P O BOX 12204

Overland Park, KS, 66282-22404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,185.84

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.82** **Nonpriority creditor's name and mailing address**

PSEGLI 1090410401
PO Box 888

Hicksville, NY, 11802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.83** **Nonpriority creditor's name and mailing address**

PSEGLI 1131201001
PO box 888

Hicksville, NY, 11802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.84** **Nonpriority creditor's name and mailing address**

PSEGLI 1131201212
PO box 888

Hicksville, NY, 11802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.85** **Nonpriority creditor's name and mailing address**

PSEGLI 1131201404
PO Box 888

Hicksville, NY, 11802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.86** **Nonpriority creditor's name and mailing address**

QUENCH USA
PO BOX 781393

Philadelphia, PA, 11003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,253.04

---

Debtor    Neighborhood Radiology Management Services, LLC

Name

Case number *(if known)*    1-22-41393

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3.87  **Nonpriority creditor's name and mailing address**

RADLINX
2305 19th Avenue

Altoona, PA, 16601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,169.00

---

3.88  **Nonpriority creditor's name and mailing address**

RCN
PO BOX 11816

Newark, NJ, 07101-8116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 59.69

---

3.89  **Nonpriority creditor's name and mailing address**

Reflex Offset
305 Suburban Avenue

Deer Park, NY, 11729

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,247.89

---

3.90  **Nonpriority creditor's name and mailing address**

Ride Ride Transportation -NRS FH
22-06 Crescent  Street

Astoria, NY, 11105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23,412.16

---

3.91  **Nonpriority creditor's name and mailing address**

Ride Ride Transportation- NRS ASTORIA
22-06 Crescent St.

Astoria, NY, 11105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,232.36

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** Nonpriority creditor's name and mailing address

Ride Rite Transportation  - Empire
23-90 23 Street

Astoria, NY, 11105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22,353.60

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.93** Nonpriority creditor's name and mailing address

RingCentral Inc
20 Davis Drive

Belmont, CA, 94002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 28,532.50

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.94** Nonpriority creditor's name and mailing address

RivkinRadler
926 RXR Plaza

Uniondale, NY, 11556

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,022.01

**Basis for the claim:** Legal Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.95** Nonpriority creditor's name and mailing address

Robinsons Oxygen & Medical Gases
920-14 Lincoln Avenue

Holbrook, NY, 11741

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 84.59

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.96** Nonpriority creditor's name and mailing address

ScriptSender
319 Clematis St
Ste 406
West Palm Beach, FL, 33401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60,187.50

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 20 of 29

| | |
|---|---|
| Debtor  Neighborhood Radiology Management Services, LLC | Case number *(if known)*  1-22-41393 |
| Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ⁹⁷  **Nonpriority creditor's name and mailing address**

Sheathing Technologies, Inc.
675 Jarvis Drive

Morgan Hill, CA, 95037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 117.31**

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
☑ No
☐ Yes |
|---|---|
| Last 4 digits of account number _____ | |

**3.** ⁹⁸  **Nonpriority creditor's name and mailing address**

Siemens Financial Services, Inc.
170 Wood Ave. South

Iselin, NJ, 8830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**$ 0.00**

**Basis for the claim:** Noticing Purpose Only

| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
☑ No
☐ Yes |
|---|---|
| Last 4 digits of account number _____ | |

**3.** ⁹⁹  **Nonpriority creditor's name and mailing address**

Siemens Financial Services, Inc.
170 Wood Ave. South

Iselin, NJ, 8830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**$ 620,246.36**

**Basis for the claim:** Guaranty of NRMS Greenpoint Realty, LLC Loan

| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
☑ No
☐ Yes |
|---|---|
| Last 4 digits of account number _____ | |

**3.** ¹⁰⁰  **Nonpriority creditor's name and mailing address**

Siemens Financial Services, Inc.
170 Wood Avenue South
Iselin, NJ, 08830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 562,475.13**

**Basis for the claim:**

| Date or dates debt was incurred  12/17/18 | **Is the claim subject to offset?**
☑ No
☐ Yes |
|---|---|
| Last 4 digits of account number  39239-58800 | |

**3.** ¹⁰¹  **Nonpriority creditor's name and mailing address**

Siemens Financial Services, Inc.
170 Wood Avenue South
Iselin, NJ, 08830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 282,561.08**

**Basis for the claim:**

| Date or dates debt was incurred  12/17/18 | **Is the claim subject to offset?**
☑ No
☐ Yes |
|---|---|
| Last 4 digits of account number  20001069 | |

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3. 102  Nonpriority creditor's name and mailing address**

Siemens Medical Solutions, Inc.
40 Liberty Blvd.

Malvern, PA, 19355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 103  Nonpriority creditor's name and mailing address**

Sigma Imaging Technologies, Inc.
400 Highland Drive
Suite 400B
Mount Holly, NJ, 8060

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 271,610.09

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 104  Nonpriority creditor's name and mailing address**

Slomin's
125 Lauman Lane
PO Box 1886
Hicksville, NY, 11802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 413.53

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 105  Nonpriority creditor's name and mailing address**

Staples Advantage
Dept NY
P.O. Box 415256
Boston, MA, 02241-5256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,228.76

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 106  Nonpriority creditor's name and mailing address**

Stein Adler Dabah Zelkowitz LLP
1633 Broadway
46th Floor
New York, NY, 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

$ 8,698.67

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Neighborhood Radiology Management Services, LLC
        _____          Case number (*if known*)  1-22-41393
        Name                                                                                  _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                 Amount of claim

---

**3.** 107 **Nonpriority creditor's name and mailing address**

Stericycle Ine
28883 Network Place

Chicago, IL, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

$ 416.29

---

**3.** 108 **Nonpriority creditor's name and mailing address**

Streamline Verify LLC
Streamline HR Management LLC
100 Boulevard of the Americas
Lakewood, NJ, 8701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

$ 1,300.00

---

**3.** 109 **Nonpriority creditor's name and mailing address**

Superior HVAC
200-28 Hollis Ave

St. Albans, NY, 11412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

$ 1,888.44

---

**3.** 110 **Nonpriority creditor's name and mailing address**

Sylvan Parking
112-41 Queens Blvd

Forest Hills, NY, 11375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

$ 3,456.00

---

**3.** 111 **Nonpriority creditor's name and mailing address**

Taansolutions, LLC
309 Hannah Way

Bridgewater, NJ, 8807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

$ 13,225.00

---

Debtor    Neighborhood Radiology Management Services, LLC
          _____
          Name

Case number *(if known)*    1-22-41393
                           _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 112    **Nonpriority creditor's name and mailing address**

Te Tile
131-47 Fowler Avenue

Flushing, NY, 11335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 113    **Nonpriority creditor's name and mailing address**

Telworx Communications
800 Westchester Avenue

Rye Brook, NY, 10573

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 114    **Nonpriority creditor's name and mailing address**

Tierpoint LLC
PO Box 82670

Lincoln, NE, 68501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Noticing Purpose Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 115    **Nonpriority creditor's name and mailing address**

Tiger Connect
2110 Broadway

Santa Monica, CA, 90404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 2,279.36

---

**3.** 116    **Nonpriority creditor's name and mailing address**

TIS International USA - Infinx Healthcare
PO Box 7109

San Francisco, CA, 94120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 10,544.80

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|--------|--------------------------------------------------|--------------------------|-----------|
|        | Name                                             |                          |           |

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 117 **Nonpriority creditor's name and mailing address**

Trechit Solutions LLC
PO box 2895

Aquebogue, NY, 11931

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,500.00

---

**3.** 118 **Nonpriority creditor's name and mailing address**

Ultrasound Solutions Corp
123 Comac Street

Ronkonkoma, NY, 11779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 375.00

---

**3.** 119 **Nonpriority creditor's name and mailing address**

United Benefit Solutions LLC
100 Merrick Road

Rockville Centre, NY, 11570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,000.00

---

**3.** 120 **Nonpriority creditor's name and mailing address**

Unitex - 4020
155 South Terrace Ave

Mt. Vernon, NY, 1550-2407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 919.10

---

**3.** 121 **Nonpriority creditor's name and mailing address**

UNITEX - 71259
155 South Terrace Ave

Mt. Vernon, NY, 1550-2407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,756.61

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:#ccc"><b>Part 2:</b>   <b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 122** | **Nonpriority creditor's name and mailing address**

UNITEX - 71423
155 South Terrace Ave

Mt. Vernon, NY, 10550-2407

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 826.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3. 123** | **Nonpriority creditor's name and mailing address**

Unitex - 71551
155 South Terrace Ave

Mt. Vernon, NY, 10550-2407

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 124.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3. 124** | **Nonpriority creditor's name and mailing address**

Unitex - 71558
155 South Terrace Ave

Mt. Vernon, NY, 1550-2407

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 277.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3. 125** | **Nonpriority creditor's name and mailing address**

Unitex Textile -70972
155 South Terrace Ave.

Mt. Vernon, NY, 10550-2407

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,279.30

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3. 126** | **Nonpriority creditor's name and mailing address**

USSONO
3975 57th Street Apt. 7E

Woodside, NY, 11377

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,600.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 127 **Nonpriority creditor's name and mailing address**

VANGUARD CLEANING
dba Vanguard Cleaning Systems of LI
67 Buck Road Suite B-45
Huntingdon Valley, PA, 19006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,661.52

---

**3.** 128 **Nonpriority creditor's name and mailing address**

VERIZON 654-434-349-0001-90
P.O. BOX 15124

Albany, NY, 12212-5124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,193.98

---

**3.** 129 **Nonpriority creditor's name and mailing address**

Verizon 756-083-030-0001-21
P.O. BOX 15124

Albany, NY, 12212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,587.75

---

**3.** 130 **Nonpriority creditor's name and mailing address**

VERSANT MEDICAL PHYSICS & RADIATION
SAFET
119 N CHURCH STREET

Kalamazoo, MI, 49007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 875.00

---

**3.** 131 **Nonpriority creditor's name and mailing address**

Water Authority
PO Box 5600

New Hyde Park, NY, 11042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 231.69

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 132 **Nonpriority creditor's name and mailing address**

WATERLOGIC AMERICAS
P O BOX 677867

Dallas, TX, 75267-7867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 162.98

---

**3.** 133 **Nonpriority creditor's name and mailing address**

WILLIAM JORGENSON
MASSAPEQUA PARK

New York, NY, 11762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,045.00

---

**3.** 134 **Nonpriority creditor's name and mailing address**

XChange Telecom Corp
P O Box 189112

Brooklyn, NY, 11218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,057.85

---

**3.** ____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.** ____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____Neighborhood Radiology Management Services, LLC_____    Case number *(if known)*___1-22-41393___
               Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 4,249,221.72 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,249,221.72 |

| Fill in this information to identify the case: |
| --- |
| Debtor name __Neighborhood Radiology Management Services, LLC__ |
| United States Bankruptcy Court for the: __Eastern District of New York__ |
| Case number (If known): __1-22-41393__    Chapter __11__ |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Utility Provider (Phone) | Ring Central<br>20 Davis Drive<br>Belmont, CA, 94002 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Medical Billing Services | Advocate Radiology Billing & Reimbursement Specialists, LLC<br>10567 Sawmill Pkwy, Suite 100<br>Powell, OH, 43065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Usage & Service Agreement | Hologic, Inc.<br>250 Campus Drive<br>Marlborough, MA, 01752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Matthijssen Business Systems<br>57 West 38th Street, 12th Floor<br>New York, NY, 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Radiology Platform Integration Agreement | Practice Fusion, Inc.<br>731 Market Street, Suite 400<br>San Francisco, CA, 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|--------|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Interface Vendor Agreement | eClinicalWorks<br>Westborough Executive Park<br>2 Technology Drive<br>Westborough, MA, 01581 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Utility Provider | Crown Castle<br>c/o Lightower Fiber Networks II, LLC<br>PO Box 28730<br>New York, NY, 10087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Utility Provider | Crown Castle<br>c/o Lightower Fiber Networks II, LLC<br>PO Box 28730<br>New York, NY, 10087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Utility Provider | Crown Castle<br>c/o Lightower Fiber Networks II, LLC<br>PO Box 28730<br>New York, NY, 10087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Utility Provider (227 Franklin Avenue, Hewlett) | Otis Elevator Company<br>65 Fairchild Avenue<br>Plainview, NY, 11803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Utility Provider (113-02 Queens Blvd, Forest Hills) | Otis Elevator Company<br>65 Fairchild Avenue<br>Plainview, NY, 11803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Utility Provider | Propio LS, LLC<br>P O Box 12204<br>Shawnee Mission, KS, 66282 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**
State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease

USC Ultrasound
123 Comac Street
Ronkonkoma, NY, 11779

State the term remaining

List the contract number o any government contract

**2.14**
State what the contract or lease is for and the nature of the debtor's interest — Lease of Office Premises

A.J. Richards & Sons, Inc.
150 Price Parkway
Farmingdale, NY, 11735

State the term remaining

List the contract number of any government contract

**2.15**
State what the contract or lease is for and the nature of the debtor's interest — Utility Provider

Lightower a Crown Castle Company
PO Box 28730
New York, NY, 10087

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**Fill in this information to identify the case:**

Debtor name __Neighborhood Radiology Management Services, LLC__

United States Bankruptcy Court for the: __Eastern District of New York__

Case number (If known): __1-22-41393__

---

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Neighborhood Radiology Services PC | Neighborhood Radiology Services PC<br>113-02 Queens Blvd<br>Forest Hills, NY 11375 | Siemens Financial Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Neighborhood Radiol | Neighborhood Radiology Services, PC<br>113-02 Queens Blvd<br>Forest Hills, NY 11375 | Siemens Financial Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Long Island Radiolog | Long Island Radiology Associates, P.C.<br>545 Elmont Road<br>Elmont, NY 11003 | Signature Financial LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 CDP Holdings Group | CDP Holdings Group, LLC<br>113-02 Queens Blvd<br>Forest Hills, NY 11375 | Signature Financial LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Neighborhood Radiol | Neighborhood Radiology Services, PC<br>113-02 Queens Blvd<br>Forest Hills, NY 11375 | Signature Financial LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Radiology Works, P.C | Radiology Works, P.C.<br>545 Elmont Road<br>New York, NY 10033 | Signature Financial LLC | ☑ D<br>☐ E/F<br>☐ G |

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Dr. Rossi, M.D., P.C. | Dr. Rossi, M.D., P.C.<br>545 Elmont Road<br>11003, NY | Signature Financial LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | CDP Holdings Group, LLC | CDP Holdings Group, LLC<br>113-02 Queens Blvd<br>Forest Hills, NY 11375 | Northpoint Commercial Credit, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | NRMS Greenpoint Realty, LLC | | Siemens Financial Services, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Neighborhood Radiology Management Services, LLC___

United States Bankruptcy Court for the: ___Eastern District of New York___

Case number (*If known*): ___1-22-41393___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/14/2022___        ✘ /s/ Daniel DiPietro
                 MM / DD / YYYY          _____
                                         Signature of individual signing on behalf of debtor

                                         Daniel DiPietro
                                         _____
                                         Printed name

                                         Manager
                                         _____
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Neighborhood Radiology Management Services, LLC___

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): ___1-22-41393___

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 304,750.00 |
| **For prior year:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,513,410.00 |
| **For the year before that:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,205,300.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | _____ | $ 0.00 |
| **For prior year:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | _____ | $ 0.00 |
| **For the year before that:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | _____ | $ 0.00 |

Debtor   Neighborhood Radiology Management Services, LLC
_____
Name

Case number *(if known)* 1-22-41393
_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Capital One Bank <br> Creditor's name | | $ 14,532.70 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |
| 3.2. | Advocate <br> Creditor's name | | $ 39,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Daniel DiPietro <br> Insider's name <br> 113-02 Queens Blvd <br> Forest Hills, NY 11375 | 8/20/2021 | $ 3,000.00 | Loan Repayment |
| | Relationship to debtor <br> Managing Member | | | |
| 4.2. | <br> Insider's name | | $ | |
| | Relationship to debtor | | | |

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | _____ | $_____ |
| | Creditor's name | | | |
| 5.2. | | | _____ | $_____ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | _____ | $_____ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Americas Imaging Center, Inc. and Payam Toobian DR v. Neighborhood Radiology Management Services, LLC | | Supreme Court of the State of New York - County of Nassau | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |
| | 607547/2020 | | | |
| 7.2. | Sigma Imaging Technologies, Inc. v. Neighborhood Radiology Management Services. LLC | | Supreme Court of the State of New York, County of Nassau | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |
| | 651603/2021 | | | |

Debtor    Neighborhood Radiology Management Services, LLC _____    Case number (*if known*) 1-22-41393 _____
_____
Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | **Case number** | Name |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (*if known*) | 1-22-41393 |
|---|---|---|---|
| | Name | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—made by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Dimitri N Kessaris MD PC dba Progressive Ur | Sale of Astoria Lease | 08/01/2021 | $ 0.00 |
| Address | | | |
| Relationship to debtor | | | |
| None | | | |
| Who received transfer? | | | |
| 13.2. _____ | | _____ | $ _____ |
| Address | | | |
| Relationship to debtor | | | |
| _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 27-47 Crescent Street, Suite 107<br>Astoria, NY 11102 | From _____ To _____ |
| 14.2. 545 Elmont Road<br>Elmont, NY 11003 | From _____ To _____ |

| | |
|---|---|
| Debtor | Neighborhood Radiology Management Services, LLC |
| | Name |

Case number *(if known)* 1-22-41393

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?  *Check all that apply:*  ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?  *Check all that apply:*  ☐ Electronically ☐ Paper |

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) 1-22-41393 |
|---|---|---|
| | Name | |

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

| Debtor | Neighborhood Radiology Management Services, LLC | | Case number *(if known)* 1-22-41393 |
|---|---|---|---|
| | Name | | |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **9**

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* | 1-22-41393 |
| --- | --- | --- | --- |
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| --- | --- | --- | --- |
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) 1-22-41393 |
|--------|--------------------------------------------------|-----------------------------------|
|        | Name                                             |                                   |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|------------------|------------------|
| 26a.1. | Del Prete & Cheng LLP <br> Name <br> 111 Atlantic Avenue, Suite 1R, Brooklyn, NY 11201 | From _____ <br> To _____ |

| | Name and address | Dates of service |
|---|------------------|------------------|
| 26a.2. | _____ <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|------------------|------------------|
| 26b.1. | _____ <br> Name | From _____ <br> To _____ |

| | Name and address | Dates of service |
|---|------------------|------------------|
| 26b.2. | _____ <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|------------------|------------------------------------------------------------------|
| 26c.1. | _____ <br> Name | |

| Debtor | Neighborhood Radiology Management Services, LLC | Case number *(if known)* 1-22-41393 |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ | |
| Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ |
| Name |

| Name and address |
|---|
| 26d.2. _____ |
| Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ |
| Name |

Debtor    Neighborhood Radiology Management Services, LLC _____    Case number *(if known)* 1-22-41393 _____
_____Name_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. | _____ |
| | Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel DiPietro | 113-20 Queens Blvd, Forest Hills, NY 11375 | | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | _____ | _____ | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

| Debtor | Neighborhood Radiology Management Services, LLC | Case number (if known) 1-22-41393 |
| | Name | |

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/14/2022
                MM  / DD  / YYYY

✖ /s/ Daniel DiPietro                    Printed name  Daniel DiPietro

Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name  Neighborhood Radiology Management Services, LLC

Case number (if known)___1-22-41393___

## Continuation Sheet for Official Form 207

3) **Certain payments or transfers to creditors within 90 days before filing this case**

Guardian,              $7,617.06

JM Cleaning,           $13,989.00


7) **Legal Actions**

Siemens Financial Services, Inc. v. Neighborhood Radiology Management Services, LLC, NRMS Greenpoint Realty, LLC, Daniel DiPietro, Matthew Diament and Neighborhood Radiology Services P.C.

608098/2021

Supreme Court of the State of New York, County of Nassau

Pending

-------

Ultrasound Solutions Corp. v. Neighborhood Radiology Services, PC, d/b/a Neighborhood Radiology of Hewlett, d/b/a Neighborhood Radiology of Elmont, d/b/a Neighborhood Radiology of Astoria, d/b/a Neighborhood Radiology of Forest Hills, CDP Holdings Group, LLC, d/b/a Neighborhood Radiology Management, Neighborhood Radiology Management Services, LLC, Neighborhood Radiology Management Services II LLC, Neighborhood Radiology Management Services III LLC, and Neighborhood Radiology Management Services IV LLC

CV-002742-22

District Court of the County of Nassau

Third District: Great Neck

Pending

-------

Signature Financial LLC v. Neighborhood Radiology Management Services, LLC, Neighborhood Radiology Services PC, and Long Island Radiology

607248/2022

Collection

Supreme Court of the State of New York

County of Nassau

Pending

-------

Alpha Medical Equipment of New York Inc., v. Neighborhood Radiology Management Services, LLC

650290/2022

Debtor Name   Neighborhood Radiology Management Services, LLC

Case number *(if known)*   1-22-41393

## **Continuation Sheet for Official Form 207**

**Supreme Court, New York County**

**60 Centre Street, New York, NY 10007**

**Pending**

**———————**

**14) Previous Locations**

**47-16 Greenpoint Ave,**
**Sunnyside, NY 11104**

**227 Franklin Avenue,**
**Hewlett, NY 11557**

**92-37 Metropolitan Ave,**
**Forest Hills, NY 11375**